UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-24934-UU

CHRISTIE FANTIS,

    Plaintiff,

v.

FLYWHEEL SPORTS, INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court upon the Stipulation of Dismissal with Prejudice. D.E. 42.

THIS COURT has reviewed the Stipulation and the pertinent portions of the record and is otherwise fully advised in the premises.  It is hereby

ORDERED and ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims that were or could have been raised in this action are DISMISSED WITH PREJUDICE.  Each party shall bear its own fees and costs related to this action.  The case remains closed for administrative purposes.

DONE AND ORDERED in Chambers, Miami, Florida, this _12th_ day of November, 2019.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf